

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-18-00042-CV

Joseph M. **ESPARZA** and Volaire Jet Interiors, Inc.,
Appellants

v.

Chad F. **CHRISTIAN,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2017CV03128
Honorable David J. Rodriguez, Judge Presiding

# **O R D E R**

The Appellant's Unopposed First Motion to Extend Time to File Appellant's Brief is hereby GRANTED. Time is extended to May 2, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court